

One State Street
15th Floor
New York, NY 10004
(212) 221-1000
www.shulman-hill.com

Civil Rights Division

February 7, 2023

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

                                  Re: Abraham v. City of New York, et al.,
                                      Docket No. 1:22-CV-01162

Your Honor:

       We represent the Plaintiff in the above referenced matter. Unfortunately, there has been a breakdown in communication between us and the Plaintiff. Plaintiff has expressed a desire to proceed Pro-Se, without the representation of attorneys. I attempted to explain the pitfalls of Pro-Se representation to the Plaintiff, and the complexity of the case law, to no avail. We are respectfully requesting to withdraw as counsel, and the Court to relieve us counsel of record on this matter. We are also requesting that an attorney lien be placed on the matter in our favor.

       In the alternative, Plaintiff's counsel is open to a Telephone Court Conference, with Plaintiff, Your Honor, and/or Opposing Counsel, in camera, to attempt to remedy the situation.

       We thank the Court for their consideration.

                                                    Respectfully submitted,

                                                    *Cary London*

                                                    Cary London, Esq.
                                                    Attorney for Plaintiff
                                                    Shulman & Hill, PLLC
                                                    1 State Street Plaza – 15th FL
                                                    New York, NY 10004