

14 Wall St., ste 1603
new york, ny 10005
f: 718-701-1002

www.nycivilrights.nyc
e: info@lordlawgroup.com
p: 718-701-1002

March 15, 2023

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
224 Cadman Plaza East, Brooklyn, NY 11201

      RE:    <u>Abraham v. City of New York, et al</u>
                22-CV-01162

Your Honor:

      Mr. Abraham has informed me that he is terminating our legal relationship and I am to do no further work on his case moving forward.  It is not clear if Mr. Abarham will be proceeding pro se or retaining new counsel, however I have informed him of the dangers of proceeding pro se and recommended he find new counsel.

      Therefore, pursuant to Local Rule 1.4, I am requesting the Court terminate my appearance on this docket.  Though I was discharged without cause, I will not be asserting a charging lien on this matter.

Respectfully Submitted,

<u>/s/ Masai I. Lord</u>
Masai I. Lord