# WERTHEIMER LLC

14 Wall Street
Suite 1603
New York, New York 10005
*t: (646) 720-1098*
*joelwertheimer.com*

November 20, 2023

Hon. Kiyo Matsumoto
United States District Court Judge
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201
New York, NY 10007-1312

BY ECF

Re: *Abraham v. City of New York et al.*

Your Honor,

    I write to request that my client's letter (D.E. 36) to the Court be removed from the public docket and to strike the filing and apologize for the *pro se* communication with the Court. I have discussed with my client and this will not happen again moving forward.

Very truly yours,

*Joel Wertheimer*
Joel Wertheimer