FILED
Feb 15, 2024, 1:05 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office
via Box.com

February 15, 2024
Dear Honorable
Kiyo Matsumoto

U.S. District Court - Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

**Mark is claiming I'm harassing tannousis**
**He is a assembly man who lied to the public and played his part in the conspiracy to ruin my life he could've flew below the radar like the rest of his cohorts but white supremacy shines again he know what he did to me. me calling him out on his bullshit is not me harassing him it's me just calling him out on his bullshit. on Martin Luther king day of this year he made a post and made it seem like he was to be in the same light as dr King once again I felt that was funny because he tried to have me sent to prison for the rest of my life and only god one knows how many other people these cops and the Richmond county district attorneys office have framed Michael tannousis is pretending to be a public servant as we speak when he should be in prison that's not just me speaking from emotion as my past lawyers liked to say. he broke the law when he didn't prosecute those criminals for kidnapping me and mark is saying I followed Michael tannousis wife and his staffers I did add her on Facebook to let her know about the man she calls her husband but because she wasn't my friend the message didn't get through I did go through mikes public instagram account and followed those that liked his garbage and I might have followed her accidentally. I am available to do the conference any time anywhere the city will not use my own tax dollars against me to protect these criminals I refuse it and god is watching everything he didn't bring me all this way to fail me now . If god didn't have my back in this matter I would've been dead on rikers island and these criminals would've been telling my story now … mark is only trying to distract the court from the fact that there is no defense for what happened to me because of these officers and the city of New York blatant disregard for my rights my freedom and my liberty was stolen from me I was sexually assaulted and I wanted to kill my self but they denied me that right as well because they wanted me to suffer and they are still suffering me . They are harping on the fact that I'm not dead like kaleif browder or amado dialo who they gunned down in the street but I see it as their suffering being over because everyday I'm alive I have to deal with the nightmares from my time at rikers and death seems so much better then what they have subjected me to . Dogs get better treatment then what the city of New York and the NYPD have inflicted on innocent people that look like me and this case is another example of such brazen behavior because they know they won't be held accountable. The judge in my criminal trial/case could've dismissed the case with prejudice but once again to protect these criminals he was frozen with in action and I had to go through an entire trial plus worried if the jury was gonna gonna believe these criminals over me and they did the right thing and found me innocent of all the false accusations the people of New York had leveled against me a person who only wanted to serve the country that he believed in that he crossed oceans to come and see and they have ruined me no question about it .**


**Victor Abraham**
**1:22-cv-01162**
**551-697-6352**