*** Filed ***
12:08 PM, 13 Apr, 2026
U.S.D.C., Eastern District of New York

RECEIPT-46880 DATE-11/26/2018
DRAWER: 72 TIME-10:08:49
USER: ZZERIVERO0

RICHMOND COUNTY CLERK
HON. STEPHEN J. FIALA
COMMISSIONER

| DOC. NUMBER | TYPE | REMARKS | AMOUNT |
|---|---|---|---|
| 9932484 | | | |
| 13R-COPIES CRIM/TERM | | | 69.55 |
| | | 295-2016 LEVENTHAL LAW GROUP | |

TOTAL FOR
9932484 69.55

TOTAL ALL DOCUMENTS 69.55

CHECK 1704 69.55
LEVENTHAL LAW GROUP

TOTAL COLLECTED 69.55
THANK YOU & HAVE A NICE DAY
STEPHEN J. FIALA

DEFENDANT VICTOR ABRAHAM IND / SCI / CASE NO. # 00295-2016

| DATE | PART | C+S 11-16 COURT ACTION BAIL EXON | REPORTER | JUSTICE |
|---|---|---|---|---|
| 11/9/16 ARR | 6 | UNSEALED (PNG) Cons (C) 11-18-16 ~~$100,000~~ $50,000 | Forlenza | Rooney |
| 1 11-18-16 | 6 | Cons (C) 12-5-16 MED ATTN / PSYCH SBC | Selleck | Rooney |
| 2 12-5-16 | 6 | Cons (C) 1-10-17 190.50 APPL WITHDRAWN / MED/PSYCH ATTN SBC | Pfister | Rooney |
| 3 1-10-17 | 6 | Cons (C) 1-20-17 ASSIGN 18B / MED/PSYCH ATTN SBC | Lueddeke | Rooney |
| 4 1-20-17 | 6 | Cons (C) 2-15-17 ASSIGN 18B / MED ATTN / PSYCH ATTN SBC | Forlenza | Rooney |
| 5 2-15-17 | 6 | 730 RPT ORDERED / Cons (ALP) 3-16-17 SUICIDE WATCH RE | Cicero | Rooney |
| 6 3-16-17 | 6 | AWAITING 730 RPT CONS (ALP) 4-5-17 MED ATTN / PSYCH ATTN / suicide watch RE | Rodriguez | Rooney |
| 7 4-5-17 | 6 | Awaiting 730 RPT CONS (ALP) 4-28-17 MED ATTN / PSYCH ATTN / Suicide watch RE | Swasey | Rooney |
| 8 4-28-17 | 6 | 730 RPT CONF RET-MH CONS (C) 5-22-17 DEC NOT / MED ATT / PSYCH ATTN / Suicide watch RE | Puntorno | Rooney |
| 9 5/22/17 | 6 | CONS (C) 6/5/17 MED ATTN / PSYCH ATTN / SUICIDE WATCH RE | JENKIN | Rooney |
| 10 6/5/17 | 6 | CONS (H) 6/19/17 NOT DEC / MED ATTN / PSYCH ATTN / SUICIDE WATCH RE | Bush | Rooney |
| 11 6-19-17 | 6 | Cons (H) 7-5-17 MED ATTN / PSYCH ATTN / SUICIDE WATCH RE | Selleck | Rooney |
| 12 7-5-17 | 6 | Cons (C) 8-4-17 MED ATTN / PSYCH ATTN / SUICIDE watch RE | Maira | Rooney |
| 13 8-4-17 | 6 | Cons (H) 9-28-17 MED ATTN / PSYCH ATTN / SUICIDE watch ~~$150,000-~~ $75,000- | Bush | Rooney |
| 14 8/25/17 | 6 | BAIL BOND ($150,000) POSTED IN COURT ON | SANSO | ROONEY |
| 15 ↓ | ↓ | CALENDAR: 9/28/17 (H) $150,000 (B) | ↓ | ↓ |
| 16 9/28/17 | 6 | DE (H) 10-25-17 BC | SANSO | ROONEY |
| 17 10/25/17 | 6 | DE (H) 11-15-17 BC | AIELLO | ROONEY |
| 18 11/15/17 | 6 | SC TRAN FW PT 14 (H) | FORLENZA | ROONEY |
| 19 11/15/17 | 14 | Adj Cons (H) 11-20-17 BC | Royce | Garnett |
| 20 11/20/17 | 14 | HC (H) 11-21-17 BC | Royce | Garnett |
| 21 11/21/17 | 14 | HC (H) 12-15-17 for Dec. BC | Royce | Garnett |
| 22 12/15/17 | 14 | H Comp (C) 1-12-18 (MOT Dec) BC | Maltese | Garnett |
| 23 1-12-18 | 14 | Cons (T) 2-5-18 BC | Swasey | Garnett |
| 24 2-5-18 | 14 | ~~DE~~ (T) 2-26-18 BC | Doran | Garnett |
| 25 2-26-18 | 14 | DE (T) 3-6-18 BC | Sanso | Garnett |

APPEAL RECORD

**DEFENDANT** Victor Abraham **IND / SCI / CASE NO. #** 00295-2016

| | DATE | PART | COURT ACTION | | REPORTER | JUSTICE |
|---|---|---|---|---|---|---|
| ~~ARR~~ | 3-6-18 | 14 | COT (T) 4-9-18 | BC | Sanso | Garnett |
| 1 | 4-9-18 | 14 | DR (T) 4-24-18 | BC | Puntorno | Garnett |
| 2 | 4-24-18 | 14 | DR (T) 4-26-18 | BC | Puntorno | Garnett |
| 3 | 4-26-18 | 14 | DR (T) 5-16-18 | BC | Puntorno | Garnett |
| 4 | 5-16-18 | 14 | DR (T) 6-15-18 | BC | Puntorno | Garnett |
| 5 | 6-15-18 | 14 | Cons (T) 7-9-18 | BC | Ganzman | Garnett |
| 6 | 7-9-18 | 14 | HComp (Indep. Source Hearing) (T) 9/5 firm. | BC | Royce | Garnett |
| 7 | 9-5-18 | 14 | DE (Con) 9-17-18 | BC | Cicero | Mattei |
| 8 | 9-17-18 | 14 | DE (T) 9-20-18 (NOE) Δ Not Present Today (@ Kings Cty ARD | BC | Aiello | Garnett |
| 9 | 9-20-18 | 14 | DE (T) 9-24-18 Affirm of Engagement | BC | Aiello | Garnett |
| 10 | 9-24-18 | 14 | WO-S (T) 9-25-18 | | Selleck | Garnett |
| 11 | 9-25-18 | 14 | DE (T) 10-5-18 | BC | Puntorno | Garnett |
| 12 | 10-5-18 | 14 | DAE Cons (T) 10-~~24~~ 18-18 | BC | Puntorno | Garnett |
| 13 | 10/18/18 | 14 | Cons 10/29/18 (T) for Jury select + Parker + Antg March. signed | BC | Swasey | Garnett |
| 14 | 10/29/18 | 14 | TC, TB (OT) 10/30/18 | BC | Gutkin | Garnett |
| 15 | 10/30/18 | 14 | TC, JT (OT) 10/31/18 | BC | Gutkin | Garnett |
| 16 | 10/31/18 | 14 | TC, JT (OT) 11/1/18 | BC | Gutkin | Garnett |
| 17 | 11/1/18 | 14 | TC JT (OT) 11/2/18 | BC | Gutkin | Garnett |
| 18 | 11/2/18 | 14 | TC JT (OT) 11/5/18 | BC | Gutkin | Garnett |
| 19 | 11/5/18 | 14 | TC JT (OT) 11/7/18 | BC | Gutkin | Garnett |
| 20 | 11/7/18 | 14 | ACQ CTS 1, 12 + 11, DISM all others | BAIL Exon | Gutkin | Garnett |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |

**APPEAL RECORD**

ADDRESS 60 Bay St SI NY 10301
PHONE 347 390-1818
SUBSTITUTION 1-10-17 Manuel Ortega
400 St Marks Pl SI NY 10301
(718) 815-7754
7-5-17 Bob Walters
1/20/17: Louis Gelosmino (A) 1825 Park Ave Ste 1102 NY NY (917) 826-8206

ARRAIGNMENT 11-2-16
PLEADS NOT GUILTY

BAIL $100,000 / $50,000
ADA Tannousis
JUSTICE Rooney PART 6
REPORTER Forlenza, E
ATTORNEY Ibrahim, A
ATTORNEY TYPE A ___ R ___ BA&S ✓

PLEA DATE
PART ___ JUSTICE
PLEA OF GUILTY ENTERED
BEFORE/DURING TRIAL TO:

SENTENCE DATE
DID/NOT WAIVE RIGHT OF APPEAL
ADA
DEF. COUNSEL
REPORTER
BAIL CONDITION

TYPE Huntley / Wade DATE 11/20/2017 + 11/21/2017
REPORTER F. Royce
ADA M. Tannousis
DEFENSE COUNSEL R. "Bob" Walters
DECISION 12-15-17
MINUTES ORDERED

PART 14 JUSTICE W. Garnett
TYPE Independent Source DATE 7-9-18
REPORTER F. Royce
ADA M. Tannousis
DEFENSE COUNSEL R. Bob Walters
DECISION on Record

MINUTES ORDERED

JURY TRIAL 10/29/18 BENCH TRIAL
ANTOMMARCHI WAIVED: YES (X) 10/18/18 NO
PART 14 BEGINS 10/29
JUSTICE W. Garnett
ADA M. Tannousis, M. Mobilia
DEFENSE COUNSEL R. Walters
REPORTER 10/29 K. Gutkin, 10/30, 10/31, 11/1, 11/2, 11/5, 11/7
REPORTER
REPORTER
REPORTER
REPORTER
DAILY COPY
TRIAL ENDS 11/7/18
TRIED AND FOUND
ACQ CT 1, CT 12 + CT 11
DISM All other counts

SENTENCE DATE N/A
BAIL CONDITION Bail Exon

(3)
46X 00295-2016 ABRAHAM, VICTOR WALTERS, R (R) ROB1
VFO (B) ADA TANNOUSIS, M 160.15-
Mobilia, M
ACQ-CT1: Rob 1° PL 160.15(4)
ACQ-CT 12: Att Rob 2° PL 110/160.10(2)(a)
ACQ-CT11: Att Rob 2° PL 110/160.10(1)
S&G 708
SENTENCES
DISM

#295-2016 Abraham, Victor
→ DISM CT 2: Rob 2° PL 160.10(1)
DISM CT 3 Rob 2° PL 160.10(2)(b)
DISM CT 4: Rob 3 PL 160.05
DISM CT 4: GL 4° PL 155.30(4)
DISM CT 5: CPSP 4° PL 165.45(2)

T TO APPEAL

PEOPLE VS. VICTOR ABRAHAM IND. / ~~SCI~~ CASE # 00295-2016

NOTICE OF APPEARANCE:
FILED ON 11-2-16 BY:
NAME ~~Andrea Ibrahim~~ Ferrante
ADDRESS 60 Bay St SI NY 10301
PHONE 347-390-1818
SUBSTITUTION 1-10-17 ~~Manuel Ortega~~
~~400 St Marks Pl SI NY 10301~~
~~(718) 815-7754~~ 7-5-17 Bob Walters
1/25/17: Louis Gelormino (A) 1825 Park Ave Ste 1102
NY NY
(917) 826-8206

ARRAIGNMENT 11-2-16

PLEADS NOT GUILTY

BAIL $100,000 / $50,000
ADA Tannousis
JUSTICE Rooney PART 6
REPORTER Forlenza, E
ATTORNEY Ibrahim, A

ATTORNEY TYPE A__ R__ BA&S ✓

PLEA DATE
PART JUSTICE
PLEA OF GUILTY ENTERED
BEFORE/DURING TRIAL TO:

SENTENCE DATE
DID/NOT WAIVE RIGHT OF APPEAL
ADA
DEF. COUNSEL
REPORTER
BAIL CONDITION

HEARINGS
PART 14 JUSTICE W. Garnett
TYPE Huntley / Wade DATE 11/20/2017 + 11/21/2017
REPORTER F. Royce
ADA M. Tannousis
DEFENSE COUNSEL R. "Bob" Walters
DECISION 12-15-17
MINUTES ORDERED

PART 14 JUSTICE W. Garnett
TYPE Independent Source DATE 7-9-18
REPORTER F. Royce
ADA M. Tannousis
DEFENSE COUNSEL R. Bob Walters
DECISION on Record

MINUTES ORDERED

JURY TRIAL 10/29/18 BENCH TRIAL
ANTOMMARCHI WAIVED: YES (circled) 10/18/18 NO
PART 14 BEGINS 10/29
JUSTICE W. Garnett
ADA M. Tannousis, M. Mobilia
DEFENSE COUNSEL R. Walters
REPORTER 10/29 K. Gutkin, 10/30, 10/31, 11/1, 11/2, 11/5, 11/7
REPORTER
REPORTER
REPORTER
REPORTER
DAILY COPY
TRIAL ENDS 11/7/18
TRIED AND FOUND
ACQ CT 1, CT 12 + CT 11
DISM All other counts

SENTENCE DATE N/A
BAIL CONDITION Bail Exon

(3)
46X 00295-2016 ABRAHAM, VICTOR WALTERS, R (R) ROB1
VFO (B) ADA TANNOUSIS, M 160.15-4
Mobilia, M
ACQ-CT 1: Rob 1° PL 160.15(4)
ACQ-CT 12: Att Rob 2° PL 110/160.10(2)(a)
ACQ-CT 11: Att Rob 2° PL 110/160.10(1)
S&G 708
SENTENCES
DISM
DISM CI5: ... PL 165.45(2)